**SEND**
**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-4185 PA (CTx) | Date | July 7, 2009 |
|---|---|---|---|
| Title | Dorian Gibbs v. Quality Loan Serv. Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

     The Court issued an Order on June 23, 2009 provisionally remanding this action but staying the Order until July 6, 2009 to provide Plaintiff an opportunity to remain in federal court and waive the procedural defect in the Notice of Removal.  Plaintiff did not notify the Court of any wish to waive the procedural defect prior to the July 6, 2009 deadline.  Accordingly, this action is remanded for failure to comply with the removal requirements of 28 U.S.C. 1446.  See 28 U.S.C. §§ 1446(a), 1447(c).

     IT IS SO ORDERED.